IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HARRY LEE JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:09-cv-695-MEF |
| ) | |
| MEADWESTVACO COATED ) | |
| BOARD, INC., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

The Magistrate Judge entered a Recommendation (Doc. #30) in this case on September 22, 2010 to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is ORDERED as follows:

1) The Recommendation of the Magistrate Judge is ADOPTED;

2) Defendant's motion for summary judgment (Doc. #27) is GRANTED; and

3) This case is DISMISSED with prejudice.

Done this the 12th day of October, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE